**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**CHRISTINA L. RANDEL,**

                **Plaintiff,**　　　　　　5:14-cv-1449
　　　　　　　　　　　　　　　　　　　　(GLS/CFH)
             v.

**CAROLYN COLVIN,
Commissioner of the Social
Security Administration,**

                **Defendant.**
_____

| **APPEARANCES:** | **OF COUNSEL:** |
|---|---|
| **FOR THE PLAINTIFF:** | |
| Iaconis Law Firm | CHRISTOPHER D. THORPE, |
| 501 Genesee Street | ESQ. |
| Chittenango, New York 13037 | |
| **FOR THE DEFENDANT:** | |
| HON. RICHARD S. HARTUNIAN | FERGUS J. KAISER |
| United States Attorney | Special Assistant U.S. Attorney |
| 100 South Clinton Street | |
| Syracuse, NY 13261 | |
| | |
| Steven P. Conte | |
| Regional Chief Counsel | |
| Social Security Administration | |
| Office of General Counsel, Region II | |
| 26 Federal Plaza, Room 3904 | |
| New York, NY 10278 | |

**Gary L. Sharpe
Senior District Judge**

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel, duly filed on March 4, 2016. (Dkt. No. 17.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 17) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Commissioner's decision is **REVERSED** and the case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings in accordance with the Report-Recommendation and Order; and it is further

**ORDERED** that the clerk of the court serve a copy of this order upon the parties in accordance with this court's Local Rules.

**IT IS SO ORDERED.**

March 28, 2016
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge